# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIANCE ENVIRONMENTAL SYSTEMS, INC., individually and on behalf of a class of similarly-situated persons,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MID WILSHIRE CONSULTING, INC. d/b/a SOCIAL WELLNESS, WHOLE FOODS MARKT, INC., FIT CHEF FOODS LLC, and JOHN DOES 1-10,<br><br>　　　　　　　　　Defendants. | Civil Action No. 2:16-01252-ER<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Alliance Environmental Systems, Inc., by its undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

Dated:  May 5, 2016

/s/ Ann M. Caldwell
Ann M. Caldwell, Esquire
CALDWELL LAW OFFICE LLC
108 W. Willow Grove Ave., Ste. 300
Philadelphia, PA 19118
(215) 248-2030
(215) 248-2031 (fax)
acaldwell@classactlaw.com

Brian J. Wanca, Esquire
**ANDERSON + WANCA**

3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
bwanca@andersonwanca.com

Counsel for Plaintiff
Alliance Environmental Systems, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the ECF system.

A copy of this filing was mailed via U.S. First Class Mail to the following on May 5, 2016:

Mid Wilshire Consulting, Inc.
d/b/a Social Wellness
3550 Wilshire Blvd., Suite 105
Los Angeles, CA 90010

Whole Foods Market, Inc.
550 Bowie Street
Austin, TX 78703

Fit Chef Foods LLC
4338 Palladian Way
Melbourne, FL 32904

s/ Ann M. Caldwell_____